# Costello & Mains, LLC

Counselors at Law



**Kevin M. Costello** ◊
**Deborah L. Mains** o
**Daniel T. Silverman** □

**Drake P. Bearden, Jr.** □
**Alexis A. Franklin** ∆

◊ CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

o Member of the New Jersey, New York Bars.
+ Member of the New Jersey Bar
□ Member of the New Jersey, Pennsylvania Bars
∆ Pending Membership of the New Jersey Bar

www.CostelloMains.com
(856) 727-9700
(856) 727-9797 (fax)

May 30, 2017

**VIA FACSIMILE AND REGULAR MAIL**
Honorable Michael A. Shipp
United States District Court-Newark
M.L. King Jr. Fed. Bldg & U.S. Courthouse
50 Walnut Street, P.O. Box 419
Newark, NJ 07101

    Re:    Rebecca Musarra v. State of New Jersey, et al.
             Docket No. 3:16-cv-00485-MAS-DEA

Dear Judge Shipp:

    As you are aware this firm represents the Plaintiff in the above indicated matter. On April 28, 2017, the Court entered a "60 Day Order" in this matter as it had been reported that the parties resolved the matter. Since that time the parties have not completed the written agreement and release and given subsequent timing for payment, Plaintiff is concerned that the settlement may not be complete by June 28, 2017. Accordingly, Plaintiff respectfully requests that the Court's Order of April 28, 2017 be vacated, or, in the alternative, that the timeframes within that Order be extended by an additional 60 days.

    We thank the Court for its attention to this matter.

                          Respectfully submitted,

                          COSTELLO & MAINS, LLC

                          By: _____
DTS/at                          Daniel T. Silverman
cc:    Rebecca Musarra – via email
       Kevin Dronson, Esquire – via email and regular mail

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**

**COSTELLO & MAINS, LLC**
18000 Horizon Way
Suite 800
Mt. Laurel, NJ 08054



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JUN -7 P 3: 11

File #: 3002-
DT: KMC/RS

Honorable Michael A. Shipp
United States District Court-Newark
M.L. King Jr. Fed. Bldg & U.S. Courthouse
50 Walnut Street, P.O. Box 419
Newark, NJ 07101

X-RAYED

0710180419 B002