*State of New Jersey*

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor*<br><br>KIM GUADAGNO<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | CHRISTOPHER S. PORRINO<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

June 19, 2017

**<u>VIA CM/ECF ONLY</u>**
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Bldg.
& U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

    Re: <u>Rebecca Musarra v. Matthew Stazzone, et. al.</u>
        Civ. No. 16-00485

Dear Judge Arpert:

    The undersigned represents the Defendants in the above-captioned action. Please accept this letter update as to the current status of the New Jersey State Police's ("NJSP") settlement deliberations in this matter.

    Since the June 12, 2017 status conference, the NJSP has communicated that, at this time, it will not be providing the additional correspondence requested by Plaintiff as part of her settlement demand. As such, the NJSP's present settlement position is limited only to the agreed-upon monetary compensation. Although the NJSP has provided the undersigned with its basis and rationale for this decision, given the sensitive policy considerations at issue, the specific details are being omitted from this public submission. However, should Your Honor have any questions or concerns, please contact me. Thank you.

                        Respectfully Submitted,

                        CHRISTOPHER S. PORRINO
                        ATTORNEY GENERAL OF NEW JERSEY

              By: *s/Kevin J. Dronson*



Kevin J. Dronson
Deputy Attorney General